# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **DONALD M. BOSWELL #567056,** **Petitioner** | **DOCKET NO. 5:20-CV-01609, SEC P** |
| VERSUS | **JUDGE ELIZABETH E. FOOTE** |
| **STATE OF LOUISIANA,** **Respondent** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## **JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), and after a *de novo* review of the record, including the Objection filed by Petitioner (ECF No. 7), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition (ECF No. 1) is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Petitioner's claims.

THUS DONE AND SIGNED in Chambers, this _22nd___ day of ____June_____, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE